UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENDA A. MIRANDO, ) ) | |
|     Plaintiff, ) ) | 2:09-cv-144-RLH-PAL |
| vs. ) ) | |
| REPUBLIC MORTGAGE LLC, ) *etc., et al.*, ) ) | **DISMISSAL BY COURT FOR WANT OF PROSECUTION** |
|     Defendants. ) | |

    It appearing to the Court that this action has been pending in this Court for more than (9) MONTHS without any proceeding having been taken therein during such period; now therefore,

    IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled action is hereby dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

DATED: January 31, 2011

                                                                       _/s/ Roger L. Hunt_____

                                                                       ROGER L. HUNT
                                                                   Chief United States District Judge